DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COREY LAVON CUNNINGHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1227

[May 3, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 16002273 CF10A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***